James E. Bennett et al., trading as James E. Bennett & Company, appellees, v. Samuel Jacobson, appellant. Gen. No. 7,860.

Opinion filed May 7, 1928.

Lloyd Painter and Butters & Butters, for appellant. Moses, Kennedy, Stein & Bachrach and Robert E. Larkin, for appellees; Hirsch E. Soble, of counsel.

Mr. Justice Boggs delivered the opinion of the court.

George E. Cevene and Gladys K. Cevene, appellees, v. Elizabeth F. Weir and Ernest C. Stokburger, appellants. Gen. No. 7,873.

Opinion filed May 7, 1928.

North, Linscott, Gibboney & North, for appellants. Frank E. Maynard, for appellees.

Mr. Justice Boggs delivered the opinion of the court.

Elizabeth Warren, appellee, v. Grand Lodge Brotherhood of Railroad Trainmen, appellant. Gen. No. 7,833.

Opinion filed May 18, 1928.

George J. Jochem, for appellant. J. B. Wolfenbarger, Joseph Storey and Willard B. Gaskins, for appellee.

Mr. Justice Jones delivered the opinion of the court.

Leroy H. Hagen, appellee, v. Nels E. Johnson, appellant. Gen. No. 7,836.

Opinion filed May 18, 1928.

North, Linscott, Gibboney &. North, for appellant. Garrett, Maynard & Fell, for appellee.

Mr. Justice Jones delivered the opinion of the court.